# United States Bankruptcy Court
### District of Utah

In re  **Amber Delane Hoskins**                                     Case No.  21-24573
                                    Debtor(s)                        Chapter   **13**

## FORM FOR DECLARATION REGARDING TAX RETURNS

1. I/we, the undersigned debtor(s), declare under penalty of perjury that either: (MARK ONE)

   [✓] a. All federal and state tax returns for taxable periods ending during the four year period before the filing of the petition have been filed.

   OR

   [ ] b. The following tax returns for taxable periods ending during the four year period before the filing of the petition have not been filed.

| Taxing Agency | Type of Tax Return | Tax Years |
|---|---|---|
|  |  |  |
|  |  |  |

2. Complete for any tax return filed after the filing of the bankruptcy petition. On or before the _____ day of _____, 200__, the above-named debtor(s) delivered the following copies of tax returns to the Insolvency Unit of the Internal Revenue Service and/or the Bankruptcy Unit of the Utah State Tax Commission and that such returns disclosed the following liabilities and/or refunds:

| Federal or State | Tax Year | Type of Tax/Form No. | Tax Liability | Tax Refund |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. I/we acknowledge that the court will not confirm any Chapter 13 Plan and the case may be dismissed at or before the confirmation hearing unless all tax returns have been filed.

4. I/we further acknowledge that I/we will file and serve on the trustee an amended declaration if further required tax returns are filed with the taxing authorities after the date indicated in paragraph 1 above.

Dated  **October 20, 2021**

                                                            **/s/ Amber Delane Hoskins**
                                                            Debtor

                                                            _____
                                                            Debtor
                                                            **/s/ Brian Wurtz**
                                                            **Brian Wurtz 11436**
                                                            **10907 South State street**
                                                            **Sandy, UT 84070**
                                                            **(801) 432-2975**